**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Wesley J. Smith (11871)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, wes@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; IUPAT POLITICAL ACTION TOGETHER FUND; STAR PROGRAM, INC.; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., a Nevada corporation; HOSPITALITY RENOVATION SERVICES, LLC, a Nevada limited liability company; PHILIP GLEN FRIEDBERG, an individual; MARIE JAN BOWER, an individual; WESTERN | CASE NO.: 2:24-cv-01023-APG-NJK <br><br> **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS** |

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOES I-X and ROES I-X,

Defendants.

OLYMPUS CONSTRUCTION LV, INC.; HOSPITALITY RENOVATION SERVICES, LLC; PHILIP GLEN FRIEDBERG; MARIE JAN BOWER,

Counterclaim-Plaintiffs,

vs.

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; IUPAT POLITICAL ACTION TOGETHER FUND; STAR PROGRAM, INC.; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND,

Counterclaim-Defendants.

The Trustees of the Employee Painters' Trust, et al. ("Plaintiffs"), hereby move this Court, pursuant to Local Rule 7-3(c), for permission to file a Motion to Strike Defenses of up to 30 pages.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE. LAS VEGAS, NEVADA 89117
PH: (702) 255-1718  §  FAX: (702) 255-0871

Local Rule 7-3(b) of the United States District Court for the District of Nevada provides that all non-summary judgment motions are limited to 24 pages, absent a showing of good cause. LR 7-3(a) states, "Parties must not circumvent this rule by filing multiple motions." In this Case, Plaintiffs intend to file a motion to strike one-hundred fifteen (115) defenses asserted by six (6) Defendants in four (4) separate Answers. Given their sometimes-lengthy names and the overall number of litigants (at least 16), the case caption, alone, occupies 2 pages.

Plaintiffs sought to condense and streamline the motion to strike, but found that they needed more than the allotted 24 pages to adequately present their arguments. Because the motion to strike cannot be fully briefed within the page limits set by rule, good cause exists to grant permission for an extension of up to six (6) additional pages (the motion to strike would therefore be limited to a maximum of 30 pages). *See* generally Declaration of Daryl Martin. Consistent with LR 7-3(c), the Plaintiffs intend to supply a table of contents and a table of authorities along with the proposed over-length motion to strike defenses.

### Conclusion

Plaintiffs respectfully request that this Court grant them leave to file the aforementioned motion to strike defenses of up to 30 pages in length.

DATED this 24th day of September, 2024.

**CHRISTENSEN JAMES & MARTIN**

By:    */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
Nevada Bar No. 006735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

**DECLARATION IN SUPPORT OF MOTION TO EXCEED PAGE LIMITS**

I, Daryl E. Martin, under penalty of perjury of the laws of the United States of America and the State of Nevada, declare as follows:

1.     I am an attorney employed by Christensen James & Martin, counsel for the Plaintiffs in the above-referenced Case.

2.     Plaintiffs are preparing two motions: a Motion to Strike Defenses and a Motion to Dismiss Counterclaims. In the Motion to Strike, Plaintiffs will address one-hundred fifteen (115) affirmative defenses listed in four (4) separate Answers, which were filed by six (6) Defendants.

3.     Local Rule 7-3(b) of the United States District Court for the District of Nevada states that all non-summary judgment motions are limited to no more than twenty-four (24) pages. The Rule also states that it may not be circumvented by the filing of multiple motions.

4.     Consistent with Local Rule 7-3(b), Plaintiffs tried to present all issues relevant to the Motion to Strike within the page limits set by rule, but found that they could not do so. This is in part due to the number of litigants (16) and the relatively long names used by ERISA trust funds. The case caption, alone, takes up 2 pages.

5.     Based on the foregoing, I respectfully submit that good cause exists to permit the Plaintiffs to file motions exceeding the page limits of LR 7-3 by up to six (6) pages, meaning that the motion to strike defenses would not exceed 30 pages.

6.     Consistent with LR 7-3(c), Plaintiffs will be supplying a tables of content and a table of authorities for the motion to strike.

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of September, 2024, at Las Vegas, Nevada.

_/s/ Daryl E. Martin_
Daryl E. Martin

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718  §  FAX: (702) 255-0871

CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒    ELECTRONIC SERVICE:    Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐    UNITED STATES MAIL:    By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐    OVERNIGHT COURIER:    By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐    FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**


By:    */s/ Natalie Saville*

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871