**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Wesley J. Smith (11871)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, wes@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:24-cv-01023-APG-NJK <br><br> **INDEX OF EXHIBITS FOR MOTION TO DISMISS COUNTERCLAIMS** |
| OLYMPUS CONSTRUCTION LV, INC., *et al.*, <br><br> Counterclaimants, <br><br> vs. <br><br> BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Counterdefendants. | |

The Trustees of the Employee Painters' Trust, *et al.*, acting by and through their attorneys, Christensen James & Martin, Chtd., hereby submits their Index of Exhibits for

-1-

Motion to Dismiss Counterclaims, as shown in the table below.

| EXHIBIT | DOCUMENT |
|---------|----------|
| A | 2017 Union Settlement Agreement |
| B | 2017 Trust Settlement Agreement |
| C | July 1, 2015 - June 30, 2019 Painters & Decorators Master Labor Agreement |
| D | February 1, 2010 - January 31, 2015 Floorcoverers Master Agreement |

Dated this 24th day of September, 2024.

CHRISTENSEN JAMES & MARTIN

By: /s/ Dylan J. Lawter
Dylan J. Lawter, Esq.
Nevada Bar No. 15947
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Email: djl@cjmlv.com
*Attorneys for the Plaintiffs*

-2-