# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS CONSTRUCTION LV, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-01023-APG-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 20] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 20.

The discovery plan states the wrong date on which the first defendant answered or otherwise appeared. Local Rule 26-1(b)(1). Defendant Great American Insurance Company first appeared on August 27, 2024. Docket No. 9. Case management deadlines are, therefore, calculated from that date.

Further, no date is given as to when the Rule 26(f) conference was held, and no date has been provided as to when initial disclosures have been or will be exchanged. *See* Local Rule 26-1(a).

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 20. Case management deadlines are hereby **SET** as follows:

- Initial disclosures: October 23, 2024
- Amend pleadings/add parties: November 26, 2024
- Initial experts: December 26, 2024
- Rebuttal experts: January 27, 2025
- Discovery cutoff: February 24, 2025
- Dispositive motions: March 26, 2025

1

- Joint proposed pretrial order: April 25, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: October 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge