KAMER ZUCKER ABBOTT
Gregory J. Kamer #0270
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
tcreer@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendants/
Counterclaim-Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., et al, <br><br> Defendants. <br><hr> OLYMPUS CONSTRUCTION LV, INC., et al., <br><br> Counterclaim-Plaintiffs, <br><br> vs. <br><br> BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Counterclaim-Defendants. | Case No. 2:24-cv-01023-APG-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION TO STRIKE (ECF. NO. 18) AND MOTION TO DISMISS (ECF NO. 19)** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6.1, the parties, by and through their respective counsel of record, hereby stipulate and request the Court to order that the deadline for Defendants to file their oppositions to Plaintiffs' motion to strike (ECF No. 18) and motion to dismiss (ECF No. 19), which

1  were filed on September 24, 2024, be extended by two (2) weeks to October 22, 2024. In support of
2  this Stipulation and Order, the parties state as follows:
3      1.    Plaintiffs commenced this action June 5, 2024, and service on Defendants took place
4  thereafter.
5      2.    Defendants filed their answers on or about September 3, 2024. Within the answers,
6  Defendants asserted various affirmative defenses and, in some cases, counterclaims against
7  Plaintiffs.
8      3.    On September 24, 2024, Plaintiffs filed comprehensive motions to strike certain
9  affirmative defenses and to dismiss the counterclaims asserted against them. Additionally, Plaintiffs
10 filed a motion to exceed page limits, which Defendants do not plan to oppose.
11     4.    Since the filing of the motions, Plaintiffs and Defendants have engaged in the
12 planning conference mandated by Federal Rule of Civil Procedure 26(f). During that conference, the
13 parties recognized the comprehensive nature of Plaintiffs' motions, and the additional time needed
14 for Defendants to evaluate and respond to the motions.
15     5.    Additionally, attorney R. Todd Creer noted that one of the attorneys in his office
16 recently had a baby and additional time was necessary for the oppositions due to addressing
17 schedules and other deadlines.
18     6.    Counsel for Plaintiffs graciously agreed to the requested extension. Thus, all parties
19 agree to the requested extension.
20     7.    This request for an extension of time is not sought for any improper purpose or
21 other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for
22 Defendants to address and respond to Plaintiffs' motions.
23     8.    This is the first request for an extension of time of the deadline for Defendants'
24 oppositions to Plaintiffs' motion to strike and motion to dismiss.

1  WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendants to respond to Plaintiffs' motion to strike (ECF No. 18) and motion to dismiss (ECF No. 19) from the current deadline of October 8, 2024 to October 22, 2024.

DATED this 8th day of October, 2024.

| /s/ Todd Creer | /s/ Daryl Martin |
|---|---|
| R. TODD CREER, ESQ. | DARYL E. MARTIN, ESQ. |
| Nevada Bar No. 10016 | Nevada Bar No. 6735 |
| KAMER ZUCKER ABBOTT | CHRISTENSEN JAMES & MARTIN |
| 6325 South Jones Blvd., Ste. 300 | 7740 West Sahara Avenue |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89117 |
| Phone: 702-259-8640 | Phone: 702-255-1718 |
| Facsimile: 702-259-8646 | Facsimile: 702-255-0871 |
| tcreer@kzalaw.com | dem@cjmlv.com |
| *Attorneys for Olympus Construction LV, Inc., et al.* | *Attorneys for Board of Trustees of the Employee Painters' Trust, et al.* |

/s/ Willi Siepmann
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 2478
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Phone: 702-458-5790
Facsimile: 702-458-5794
kfaux@fauxlaw.com

*Attorneys for Great American Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2024