KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email:  kfaux@fauxlaw.com
        wsiepmann@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for Great American Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPRATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; IUPAT POLITICAL ACTION TOGETHER FUND; STAR PROGRAM, INC.; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND, <br><br>Plaintiffs,<br>vs | Case No.: 2:24-cv-01023-APG-NJK <br><br> **GREAT AMERICAN INSURANCE COMPANY'S JOINDER TO DEFENDANTS OLYMPUS CONSTRUCTION LV, INC., HOSPITALITY RENOVATION SERVICES, LCC, PHILIP GLEN FRIEDBERG, MARIE JAN BOWER, AND WESTERN NATIONAL MUTUAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENSES AND JURY DEMAND (ECF NO. 18)** |

1

|   |   |
|---|---|
| 1 | |
| 2 | OLYMPUS CONSTRUCTION LV, INC., A Nevada corporation; HOSPITALITY RENOVATION SERVICES, LLC, a Nevada limited liability company; PHILIP GLEN FRIEDBERG, an individual; MARIE JAN BOWER, an individual; MARIE JAN BOWER, an individual; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOES I-X and ROES I-X, |
| | Defendants. |

Defendant, Great American Insurance Company (hereinafter "GAIC") by and through its attorneys of record, The Faux Law Group, hereby joins the facts and arguments in Defendants Olympus Construction LV, Inc., Hospitality Renovation Services, LCC, Philip Glen Friedberg, Marie Jan Bower, and Western National Mutual Insurance Company's Opposition to Plaintiffs' Motion to Strike Defenses and Jury Demand (ECF No. 18) (ECF No. 25) filed on October 22, 2024. GAIC incorporates by reference the facts, exhibits, affidavits and legal argument of the Opposing Defendants.

DATED this 23rd day of October, 2024.

THE FAUX LAW GROUP

By: /s/ Willi H. Siepmann
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
*Attorneys for Great American Insurance Company*

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 23rd day of October, 2024, I served a copy of the foregoing document, **GREAT AMERICAN INSURANCE COMPANY'S JOINDER TO DEFENDANTS OLYMPUS CONSTRUCTION LV, INC., HOSPITALITY RENOVATION SERVICES, LCC, PHILIP GLEN FRIEDBERG, MARIE JAN BOWER, AND WESTERN NATIONAL MUTUAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENSES AND JURY DEMAND (ECF NO. 18)** by electronically filing and serving with the Court's E-File and E-Serve filing program:

| | |
|---|---|
| Wesley J. Smith, Esq.<br>Kevin B. Archibald, Esq.<br>Dylan J. Lawter, Esq.<br>CHRISTENSEN JAMES & MARTIN, CHTD.<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 255-1718<br>Email: wes@cjmlv.com<br>   kba@cjmlv.com<br>   djl @cjmlv.com<br>Attorneys for Plaintiffs | R. TODD CREER, ESQ.<br>Nevada Bar No. 10016<br>GREGORY J. KRAMER, ESQ.<br>Nevada Bar No. 0270<br>DARE E. HEISTERMAN, ESQ.<br>Nevada Bar No. 14060<br>KAMER ZUCKER ABBOTT<br>6325 South Jones Blvd., Ste. 300<br>Las Vegas, Nevada 89118<br>Phone: 702-259-8640<br>Facsimile: 702-259-8646<br>gkamer@kzalaw.com<br>tcreer@kzalaw.com<br>dheisterman@kzalaw.com<br>*Attorneys for Olympus Construction LV, Inc., et al.* |

By: /s/ Kathleen Fenn
      An employee of THE FAUX LAW GROUP

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790