**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Wesley J. Smith (11871)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: 702-255-0871
Email: dem@cjmlv.com, wes@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., et al, <br><br> Defendants. | CASE NO.: 2:24-cv-01023-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLIES IN SUPPORT OF MOTION TO STRIKE (ECF NO. 18) AND MOTION TO DISMISS (ECF NO. 19)** <br><br> **(First Request)** |
| OLYMPUS CONSTRUCTION LV, INC., et al., <br><br> Counterclaimants, <br><br> vs. <br><br> BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Counterdefendants. | |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel, hereby stipulate and request the Court's Order extending the deadline for Plaintiffs to file reply briefs in support of the motion to strike (ECF No. 18) and motion to dismiss (ECF No. 19) by ten (10) days to November 8, 2024. In support of this Stipulation and Order, the parties represent that:

-1-

1. Plaintiffs' motions (ECF Nos. 18 & 19) were filed on September 24, 2024.
2. Consistent with the Court's Order extending the opposition deadline by fourteen (14) days (ECF No. 24), the Defendants filed oppositions to the motions (or joinders to oppositions) on October 22 and October 23, 2024.
3. The current due date for Plaintiffs to file reply briefs is Tuesday, October 29, 2024.
4. Counsel for the Plaintiffs need additional time to prepare the anticipated reply briefs because a) they have at least three (3) filing deadlines in cases pending before the Government Employee-Management Relations Board (EMRB) between the present date and October 29, 2024, and b) the offices of counsel for the Plaintiffs will be closed to observe a state holiday (Nevada Day) on Friday, October 25, 2024.
5. Counsel for the Defendants have graciously agreed to the requested extension, which is sought solely to allow Plaintiffs adequate time to prepare and file reply briefs in support of the pending motions, and is not sought for any improper purpose or other purpose of delay.
6. This is the first request for an extension of the deadline for Plaintiffs to reply to the Defendants' oppositions.

: : :

: : :

: : :

Wherefore, the parties respectfully request that the Court extend the deadline for Plaintiffs to file replies in support of the Motion to Strike (ECF No. 18) and Motion to Dismiss (ECF No. 19) by ten (10) days, from October 29, 2024 to November 8, 2024.

DATED this 23rd day of October, 2024.

| | |
|---|---|
| */s/ Todd Creer* | */s/ Daryl Martin* |
| R. TODD CREER, ESQ. | DARYL E. MARTIN, ESQ. |
| Nevada Bar No. 10016 | Nevada Bar No. 6735 |
| KAMER ZUCKER ABBOTT | CHRISTENSEN JAMES & MARTIN |
| 6325 South Jones Blvd., Ste. 300 | 7740 W. Sahara Avenue |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89117 |
| Phone: 702-259-8640 | Phone: 702-255-1718 |
| Facsimile: 702-259-8646 | Facsimile: 702-255-0871 |
| tcreer@kzalaw.com | dem@cjmlv.com |
| *Attorneys for Olympus Construction LV, Inc., et al.* | *Attorneys for Board of Trustees of the Employee Painters' Trust, et al.* |

*/s/ Willi Siepmann*
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 2478
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Phone: 702-458-5790
Facsimile: 702-458-5794
wsiepmann@fauxlaw.com

*Attorneys for Great American Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2024

-3-