KAMER ZUCKER ABBOTT
Gregory J. Kamer #0270
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
tcreer@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendants/
Counterclaim-Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., et al, <br><br> Defendants. | Case No. 2:24-cv-01023-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND RELATED DISCOVERY DEADLINES** |
| OLYMPUS CONSTRUCTION LV, INC., et al., <br><br> Counterclaim-Plaintiffs, <br><br> vs. <br><br> BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Counterclaim-Defendants. | **(First Request)** |

Pursuant to Local Rule IA 6.1 and Local Rule 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request the Court to order that the deadline for the disclosure of expert witnesses currently scheduled for December 26, 2024, be extended 45 days

1  to February 9, 2025. As an extension of the expert witness deadline will impact other discovery
2  deadlines, the parties further stipulate and request the Court to adjust the discovery deadlines as set
3  forth herein. This is the first request for an extension of these deadlines. In support of this
4  Stipulation and Order, the parties state as follows:

5      1.    Plaintiffs commenced this action June 5, 2024, and service on Defendants took place
6  thereafter.

7      2.    Defendants filed their answers on or about September 3, 2024. Within the answers,
8  Defendants asserted various affirmative defenses and, in some cases, counterclaims against
9  Plaintiffs.

10     3.    On September 24, 2024, Plaintiffs filed comprehensive motions to strike certain
11 affirmative defenses and to dismiss the counterclaims asserted against them. Additionally, Plaintiffs
12 filed a motion to exceed page limits, which Defendants did not oppose.

13     4.    Briefing on Plaintiff's motions was completed on November 8, 2024. The motions
14 remain pending before the Court.

15     5.    Since the filing of the motions, Plaintiffs and Defendants have engaged in the
16 planning conference mandated by Federal Rule of Civil Procedure 26(f) and submitted a discovery
17 plan and scheduling order. The Court entered a scheduling order on October 9, 2024.

18     6.    The parties have exchanged their initial disclosures.

19     7.    Discovery has been ongoing. On or about November 21, 2024, Plaintiffs' written
20 discovery on Defendants. Additionally, Plaintiffs served subpoenas *duces tecum* on various third
21 parties on or about November 22, 2024. Defendants have been preparing written discovery to be
22 served on Plaintiffs and subpoenas *duces tecum* to third parties to be served on in the immediate
23 future.

24     8.    An extension of the expert witness deadline is necessary due to several

circumstances. First, the pending motions before the Court may impact the scope of this case and affect or limit the need for certain expert witness testimony. The parties are hopeful that the motions can be resolved given their potential impact on discovery. Second, attorney R. Todd Creer has been dealing with a personal matter as his mother-in-law was recently placed on hospice out-of-state and has recently passed, necessitating his attention to those circumstances. Third, the intervening holidays have and continue to impact availability and preparation of the disclosures.

9.  Counsel for Plaintiffs graciously agreed to the requested extension. Thus, all parties agree to the requested extension.

10. This request is being made 21 days before the current disclosure deadline of December 26, 2024.

11. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for the disclosure of potential expert witness(es) in this matter.

WHEREFORE, the parties respectfully request that the Court extend the deadline for initial expert witness disclosures by 45 days to February 9, 2025. As that extension will impact other discovery deadlines, the parties respectfully request that the Court also extend the following deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Witness Disclosure | December 26, 2024 | February 9, 2025 |
| Last Day to Extend Rebuttal Expert Witness Disclosure | January 6, 2025 | February 20, 2025 |
| Rebuttal Expert Witness Disclosure | January 27, 2025 | March 13, 2025 |
| Last Day to Extend Discovery Deadline | February 3, 2025 | March 20, 2025 |
| Discovery Deadline | February 24, 2025 | April 10, 2025 |

| Last Day to Extend Dispositive Motion Deadline | March 5, 2025 | April 21, 2025 (to account for weekend) |
|---|---|---|
| Dispositive Motion Deadline | March 26, 2025 | May 10, 2025 |
| Last Day to Extend Joint Pre-Trial Order Deadline | April 4, 2025 | May 19, 2025 |
| Joint Pre-Trial Order Deadline | April 25, 2025 | June 9, 2025 (or 30 days after decision on the dispositive motions) |

DATED this 5th day of December, 2024.

 /s/ Todd Creer
R. TODD CREER, ESQ.
Nevada Bar No. 10016
KAMER ZUCKER ABBOTT
6325 South Jones Blvd., Ste. 300
Las Vegas, Nevada 89118
Phone: 702-259-8640
Facsimile: 702-259-8646
tcreer@kzalaw.com

*Attorneys for Olympus Construction LV, Inc., et al.*

 /s/ Daryl Martin
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
CHRISTENSEN JAMES & MARTIN
7740 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: 702-255-1718
Facsimile: 702-255-0871
dem@cjmlv.com

*Attorneys for Board of Trustees of the Employee Painters' Trust, et al.*

 /s/ Willi Siepmann
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 2478
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Phone: 702-458-5790
Facsimile: 702-458-5794
kfaux@fauxlaw.com

*Attorneys for Great American Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____