# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST, *et al.*, | Case No.: 2:24-cv-01023-APG-NJK |
| Plaintiffs, | **Order** |
| v. | [Docket No. 34] |
| OLYMPUS CONSTRUCTION LV, INC*., et al.*, | |
| Defendants. | |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 34.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have failed to demonstrate diligence, as they waited until the end of November to conduct any discovery at all, and have conducted almost no discovery. Docket No. 34 at 2. However, the stipulation seeks relief on the ground that one of Defendants' attorneys had a loss in his family. *Id*. at 3. Therefore, as the Court sympathizes with Defendants' counsel's loss, the Court will allow a 30-day extension. The parties must diligently conduct discovery. The Court is not inclined to extend case management deadlines without a robust showing that the governing standards are met.

Accordingly, the stipulation to extend is **GRANTED** in part**.** Docket No. 34.

Deadlines are **RESET** as follows:

- Initial expert disclosures: January 27, 2025
- Rebuttal expert disclosures: February 26, 2025
- Discovery cutoff: March 26, 2025

1

- Dispositive motions: April 25, 2025
- Joint proposed pretrial order: May 26, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge