# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>OLYMPUS CONSTRUCTION LV, INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-01023-APG-NJK<br><br>**Order Granting Request for Settlement Conference and Staying Case**<br><br>[ECF Nos. 36, 37] |

I HEREBY GRANT the parties' joint request for a settlement conference. ECF No. 36. I order the clerk of court to randomly assign a Magistrate Judge (other than Magistrate Judge Koppe) as the settlement judge.

I FURTHER GRANT the parties' stipulated request for a stay of this case pending the settlement conference. ECF No. 37. I order the parties to file a joint status report within 10 days of completion of the settlement conference.

DATED this 27th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE