**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Wesley J. Smith (11871)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: 702-255-0871
Email: dem@cjmlv.com, wes@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Employee Painters' Trust, et al.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPUS CONSTRUCTION LV, INC., et al, <br><br> Defendants. <br><br> OLYMPUS CONSTRUCTION LV, INC., et al., <br><br> Counterclaimants, <br><br> vs. <br><br> BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Counterdefendants. | CASE NO.: 2:24-cv-01023-APG-NJK <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE PENDING COMPLETION OF SETTLEMENT** |

Plaintiffs and Defendants, each acting through their undersigned counsel, hereby give notice that they have reached agreements in principle to resolve the claims asserted in the above-captioned matter. The Parties are in the process of preparing and executing final settlement documents. The Parties anticipate completing this process and filing a separate Stipulation to

Dismiss this action within sixty (60) days of today's date. In light of this Notice, the Parties seek the Court's Order staying this case pending completion of settlement.

DATED this 21st day of April, 2025.

/s/ Todd Creer
R. TODD CREER, ESQ.
Nevada Bar No. 10016
KAMER ZUCKER ABBOTT
6325 South Jones Blvd., Ste. 300
Las Vegas, Nevada 89118
Phone: 702-259-8640
Facsimile: 702-259-8646
tcreer@kzalaw.com

*Attorneys for Olympus Construction LV, Inc., et al.*

/s/ Daryl Martin
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
CHRISTENSEN JAMES & MARTIN
7740 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: 702-255-1718
Facsimile: 702-255-0871
dem@cjmlv.com

*Attorneys for Board of Trustees of the Employee Painters' Trust, et al.*

/s/ Kurt Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 3407
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Phone: 702-458-5790
Facsimile: 702-458-5794
kfaux@fauxlaw.com

*Attorneys for Great American Insurance Company*

## ORDER

GOOD CAUSE APPEARING, this Case is stayed pending completion of settlement. IT IS SO ORDERED.

DATED this 22nd day of April, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE