# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., | Case No.: 2:24-cv-01023-APG-NJK |
| Plaintiffs | **Order Denying Moot Motions** |
| v. | [ECF Nos. 17, 18, 19, 46] |
| OLYMPUS CONSTRUCTION LV, INC., et al., | |
| Defendants | |

In light of the parties' notice of settlement (ECF No. 50),

I ORDER that the plaintiffs' motions **(ECF Nos. 17, 18, 19, 46) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

DATED this 22nd day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE