**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Wesley J. Smith (11871)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: 702-255-0871
Email: dem@cjmlv.com, wes@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>OLYMPUS CONSTRUCTION LV, INC., et al, <br><br>Defendants. | CASE NO.: 2:24-cv-01023-APG-NJK <br><br>**ORDER TO DISMISS DEFENDANT GREAT AMERICAN INSURANCE COMPANY** |
| OLYMPUS CONSTRUCTION LV, INC., et al., <br><br>Counterclaimants, <br><br>vs. <br><br>BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br>Counterdefendants. | |

     Plaintiffs and Defendant Great American Insurance Company ("GAIC") (Plaintiffs and GAIC are the "Stipulating Parties"), each acting through their undersigned counsel, respectfully submit this Stipulation seeking the Court's Order under Fed. R. Civ. P. 41(a)(2) dismissing with prejudice the claims asserted by Plaintiffs in this action against GAIC, with each of the

Stipulating Parties bearing its own attorneys' fees and costs. No other parties have made claims against GAIC in this matter, and GAIC has asserted no crossclaims or counterclaims.

DATED this 12th day of June, 2025.

| | |
|---|---|
| /s/ Kurt Faux | /s/ Daryl Martin |
| KURT C. FAUX, ESQ. | DARYL E. MARTIN, ESQ. |
| Nevada Bar No. 3407 | Nevada Bar No. 6735 |
| THE FAUX LAW GROUP | CHRISTENSEN JAMES & MARTIN |
| 2625 North Green Valley Parkway, #100 | 7740 W. Sahara Avenue |
| Henderson, NV 89014 | Las Vegas, Nevada 89117 |
| Phone: 702-458-5790 | Phone: 702-255-1718 |
| Facsimile: 702-458-5794 | Facsimile: 702-255-0871 |
| kfaux@fauxlaw.com | dem@cjmlv.com |
| | |
| *Attorneys for Great American Insurance Company* | *Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.* |

## ORDER

Based upon the foregoing Stipulation, the Court having reviewed relevant pleadings and papers on file, and good cause appearing:

**IT IS HEREBY ORDERED** that all claims asserted in this action by Plaintiffs against Defendant Great American Insurance Company are dismissed with prejudice, and said Defendant is dismissed from this action. Plaintiffs and Great American Insurance Company shall each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

-2-