# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST, et al., | Case No.: 2:24-cv-01023-APG-NJK |
| Plaintiffs | **Order** |
| v. | |
| OLYMPUS CONSTRUCTION LV, INC., et al., | |
| Defendants | |

In April 2025, the parties advised the court that they were settling this matter and were preparing final settlement documents. ECF No. 51. The parties requested the case be stayed pending completion of settlement. *Id.* Although a stipulation to dismiss defendant Great American Insurance Company was filed, no other stipulations of dismissal have been filed and the parties have taken no other action in the case. *See* ECF No. 54.

I THEREFORE ORDER that by December 19, 2025, the remaining parties shall file stipulations of dismissal or a status report regarding settlement. The failure to respond to this order will result in dismissal of this case.

DATED this 2nd day of December, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE