1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer #0270
2  R. Todd Creer #10016
   Dare E. Heisterman #14060
3  6325 South Jones Boulevard, Suite 300
   Las Vegas, Nevada 89118
4  Tel: (702) 259-8640
   Fax: (702) 259-8646
5  gkamer@kzalaw.com
   tcreer@kzalaw.com
6  dheisterman@kzalaw.com

7  Attorneys for Defendants/Counterclaim-Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., | Case No. 2:24-cv-01023-APG-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| OLYMPUS CONSTRUCTION LV, INC., et al, | |
| Defendants. | |
| OLYMPUS CONSTRUCTION LV, INC., et al., | |
| Counterclaim-Plaintiffs, | |
| vs. | |
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., | |
| Counterclaim-Defendants. | |

   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

/ / /

Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

DATED this 29th day of December, 2025.

| | |
|---|---|
| /s/ Todd Creer | /s/ Daryl Martin |
| R. TODD CREER, ESQ. | DARYL E. MARTIN, ESQ. |
| Nevada Bar No. 10016 | Nevada Bar No. 6735 |
| KAMER ZUCKER ABBOTT | CHRISTENSEN JAMES & MARTIN |
| 6325 South Jones Blvd., Ste. 300 | 7740 West Sahara Avenue |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89117 |
| Phone: 702-259-8640 | Phone: 702-255-1718 |
| Facsimile: 702-259-8646 | Facsimile: 702-255-0871 |
| tcreer@kzalaw.com | dem@cjmlv.com |
| *Attorneys for Olympus Construction LV, Inc., et al.* | *Attorneys for Board of Trustees of the Employee Painters' Trust, et al.* |

**ORDER**

**IT IS SO ORDERED.**

Date: January 1, 2026

_____
UNITED STATES DISTRICT JUDGE